**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS, JR.

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

This appeal is set for submission, without argument, on July 3, 2015. By order dated May 20, 2015, we ordered the Dallas County Clerk to send appellant copies of the clerk's records and supplemental clerk's records in paper format so that he may prepare his brief. On June 5, 2015, we ordered the Dallas County Clerk to file, by June 10, 2015, a supplemental clerk's record containing the document entitled "Court's Supplemental Order and Findings of Fact and Conclusions of Law" that reduces to writing the trial court's ruling on appellant's application for writ of habeas corpus. To date, we have not received the supplemental clerk's record. We now have before us appellant's June 23, 2015 objection to the appeal proceeding to submission on July 3, 2015 because he has not received any volumes of the clerk's or supplemental clerk's records from the Dallas County Clerk. We will treat this as a motion to postpone submission and **GRANT** the motion. We **ORDER** the appeal removed from submission on July 3, 2015. We will reset the appeal for submission in due course.

The Court **ORDERS** John Warren, Dallas County Clerk, to file by **4:00 p.m. on TUESDAY, JUNE 30, 2015**, a supplemental record containing the document entitled "Court's Supplemental Order and Findings of Fact and Conclusions of Law" that reduces to writing the trial court's ruling on appellant's application for writ of habeas corpus. If the supplemental clerk's record is not filed by that date, the Court will utilize available remedies to obtain compliance.

We further **ORDER** John Warren, Dallas County Clerk, to send copies, in paper format, of the clerk's record and all supplemental clerk's records, to appellant at the address shown below, and to provide this Court with written verification, by **4:00 p.m. on THURSDAY, JULY 2, 2015**, that he has done so. If the Court has not received the Dallas County Clerk's verification by the date specified, the Court will utilize available remedies to obtain compliance.

Appellant's pro se brief is due by **AUGUST 21, 2015**. The State's brief is due by **SEPTEMBER 21, 2015**. After the Court receives appellant's brief, the parties will be notified of a new submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas, Jr., Presiding Judge, County Criminal Court No. 10; John Warren, Dallas County Clerk; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

/s/    ROBERT FILLMORE
PRESIDING JUSTICE